Opinion issued March 8, 2012.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-01109-CV

———————————

GERALD
WILLIAM HNATIUK, Appellant

V.

NOLA HNATIUK, Appellee



 



 

On Appeal from the 310th District Court 

Harris County, Texas



Trial Court Cause No. 2007-53770

 



MEMORANDUM OPINION

Appellant has filed a “Notice of Non-Suit”, in which
he “prays that upon consideration this court enter an order dismissing this
appeal.”  The Court construes this notice
as a motion to dismiss the appeal.  No
opinion has issued.  Accordingly, we
grant the motion and dismiss the appeal. 
See Tex. R. App. P. 42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Jennings, Massengale, and Huddle.